

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00226-CV

**IN THE INTEREST OF R.L.**, X.L., P.L., and E.L., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-02484
Honorable David Canales, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the orders of the trial court are AFFIRMED.

It is ORDERED that no costs shall be assessed against appellants, Robert L. and Samantha L., because they are indigent.

SIGNED October 2, 2013.

_____
Luz Elena D. Chapa, Justice